**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TINA MALDONADO, ) | NO. CV 15-7104-MWF(E) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Report and Recommendation of United States Magistrate Judge.

DATED: July 28, 2016.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE