1  EILEEN M. DECKER
2  United States Attorney
   DOROTHY A. SCHOUTEN
3  Assistant United States Attorney
4  Chief, Civil Division
   JENNIFER A. KENNEY, CSBN 241625
5  Special Assistant United States Attorney
6      Social Security Administration
       160 Spear St., Suite 800
7      San Francisco, CA 94105
8      Telephone: (415) 977-8945
       Facsimile: (415) 744-0134
9      Email: jennifer.a.kenney@ssa.gov
10 Attorneys for Defendant

FILED
CLERK, U.S. DISTRICT COURT
AUG 31 2016
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

TINA MALDONADO,

   Plaintiff,

   v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

   Defendant.

No. 2:15-CV-07104-MWF-E

[PROPOSED]
ORDER AWARDING EQUAL
ACCESS TO JUSTICE ACT
ATTORNEY FEES AND
EXPENSES, PURSUANT TO 28
U.S.C. § 2412(d), AND COSTS
PURSUANT TO 28 U.S.C. § 1920

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $3,000.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATED: August 31, 2016.

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE